# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ANDREW DAVID WETZEL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 09-6353** |
| **RODNEY J. STRAIN, JR., ET AL.** | **SECTION: "J"(3)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Partial Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Partial Report and Recommendation, hereby approves the Partial Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the unopposed motions to dismiss filed by St. Tammany Parish and the St. Tammany Parish Jail, Rec. Docs. 20 and 25, are **GRANTED** and the claims against those defendants are **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 9th day of January, 2010.

_____
**UNITED STATES DISTRICT JUDGE**